Thomas D. ALSTON, Plaintiff Below, Appellant,

v.

CHRISTIANA HOSPITAL, Defendant Below, Appellee.

No. 158, 2016

Supreme Court of Delaware.

Submitted: August 5, 2016

Decided: September 30, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N16C-03-028

AFFIRMED.

FdG Associates LP, David S. Gellman, James E. Bedeker, Cynthia M. Brankin, Steven R. Brantley, Norman C. Buck, John P. Ciszek, Robert N. Dotson, Paul Garber, Michael J. Hogan, Jeremy K. Lohrens, Andrew J. Mantey, Jeffrey J. O'connor, Brian R. Reichert, Leeanne Rice, Stephen W. Robinson, Paul D. Sweeden and Richard Thompson, Additional Counterclaim-Defendants Below, Appellees.

No. 117, 2016

Supreme Court of Delaware.

Submitted: September 28, 2016
Decided: September 30, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 9706-CB

AFFIRMED.

A & R LOGISTICS HOLDINGS, INC., Defendant/Counterclaimant Below, Appellant,

v.

FDG LOGISTICS LLC, Plaintiff/Counterclaim-Defendant Below, Appellee,

and

Peter T. GOVATOS, Petitioner Below, Appellant,

v.

STATE of Delaware, Respondent Below, Appellee.

No. 222, 2016

Supreme Court of Delaware.

Submitted: September 28, 2016
Decided: October 4, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. S16M-04-019

DISMISSED.